IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARTA THOMPSON, an individual,

    Plaintiff,

v.

LUXURY CARS, INC., a foreign corporation,

    Defendant.

Civ. No. 1:15-cv-00453-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark Clarke filed a Findings and Recommendation (#22), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#22) is adopted. Defendant's motion to transfer to the Western District of Arkansas, Fayetteville Division (# 11) is GRANTED.

IT IS SO ORDERED.

    DATED this 4th day of December, 2015.

                                    /s/ Michael J. McShane
                                      Michael McShane
                                United States District Judge

1 –ORDER